Order entered November 15, 2012



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00057-CR
No. 05-12-00058-CR

**LARRY EUGENE FINNEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause Nos. F09-41136-Y, F11-00250-Y

## ORDER

The Court **GRANTS** Sharon Hazlewoods's November 13, 2012 request for an exetsnion of time to file the supplemental record. We **ORDER** Sharon Hazlewood to file the supplemental record containing State's Exhibit no. 52, the in-car video, by **DECEMBER 3, 2012**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sharon Hazlewood, Official Court Reporter, Criminal District Court No. 7, and tocounsel for all parties.

DAVID L. BRIDGES
JUSTICE